IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Timothy J. Estes, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:16cv251 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Iron Workers District Council of So. Ohio & Vicinty, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on November 4, 2016 (Doc. 11), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired November 21, 2016, hereby ADOPTS said Report and Recommendation.

Accordingly, defendant's motion to dismiss (Doc. 4) is GRANTED.  Plaintiff's motions to amend suit and for judgment (Docs. 6 and 7) are DENIED.  This case is hereby TERMINATED from the docket.

IT IS SO ORDERED.

   s/Susan J. Dlott           
Judge Susan J. Dlott
United States District Court